IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-31184
Conference Calendar
_____

ADAIR D. JONES,

Plaintiff-Appellant,

versus

LOUISIANA STATE BAR ASSN. ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 96-CV-3463
- - - - - - - - - -
April 15, 1997
Before REAVLEY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Adair D. Jones appeals the district court's dismissal of his civil rights action as frivolous under the doctrine of res judicata. We have carefully reviewed the record and Jones's brief and hold, essentially for reasons stated by the magistrate judge, that the district court did not abuse its discretion in dismissing the complaint as frivolous. See Jones v. Louisiana State Bar Assn. et al, No. 96-3463-B-M2 (M.D. La. Sept. 26, 1996) (unpublished); see also Graves v. Hampton, 1 F.3d 315, 319 (5th

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Cir. 1993); <u>Wilson v. Lynaugh</u>, 878 F.2d 846, 850 (5th Cir. 1989).

The district court's judgment is

AFFIRMED.